UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 04-165 |
| TRYDELL SPEARS | * | SECTION "L" |

### ORDER

The Court is in receipt of the Defendant's Motion for Reconsideration of Order By Court Under 18 U.S.C. Section 3621(b) for Placement in BOP's Substance Abuse Program. In this motion, Defendant reiterates his request from earlier correspondence that he be placed in the Federal Bureau of Prisons' drug treatment program.

This matter has been dealt with in the Court's Order dated February 8, 2006. Defendant's request was granted in that Order. Accordingly, IT IS ORDERED that the Defendant's Motion for Reconsideration is DENIED AS MOOT. The Clerk's Office is directed to send a copy of this Order and the Court's Order dated February 8, 2006 to the Defendant at the below address.

New Orleans, Louisiana, this  5th  day of April, 2006.

_____
United States District Judge

MAIL TO:

Trydell Spears
29128-034
Federal Correctional Complex
P.O. Box 5000 Allen 1
Oakdale, LA  71463